# EXHIBIT 1

FIA NATIONWIDE INSPECTORS & APPRAISERS SINCE 1987

FLORIDA INSPECTION ASSOCIATES, INC. P.O. Box 1308 - Largo, FL 33779 - (727)588-0331 - Fax(727)588-0580

www.fiainspectors.com

*Certified Appraisals*

- Motorcycles
- Antique/Classic Cars
- Special Interest
- Reconstruction
- Mechanical Damage
- Lease End
- Estate
- Diminished Value
- Bankruptcy
- Total Loss
- Donation

- *Mechanical Inspections*
- Cars/Trucks
- Motorcycles
- Recreational Vehicles
- Boats
- Personal Water Craft

- Expert Witness
- Pre-Purchase Consulting New & Used
- Arbitration
- Mediation

- International Automobile Appraisers Association
- N.A.D.A. Advisory Board Member
- Founded 1987

# Vehicle Appraisal Report

2016 Jaguar F-Type R 5.0L V8 AWD Automatic 2D Coupe

## Vehicle Identification Number

SAJWJ6DL2GMK32523

**Date of Inspection: 2/22/2021**

**FIA Number: 16119**

**Prepared for**

| | |
|---|---|
| Appraisal Type: | ACV |
| Company Name: | Baker & Hostetler LLP |
| Contact Name: | Mathew Drocton |

**Insured Info**

| | |
|---|---|
| Insured Name: | Michael Niemis |
| Claimant Name: | |
| Claim Number: | 02717278800000001-0 |
| Date of Loss: | 5/7/2020 |

**Vehicle Information**

| | |
|---|---|
| Vehicle Year: | 2016 |
| Vehicle Model: | F-Type |
| Vehicle Make: | Jaguar |
| Mileage: | 32500 |

**Vehicle Location**

Location: Coparts-Riverview
Address: 12020 US Hwy 301 South Lot: 39234050
City: Riverview State: FL
Zip: 33578- Phone (813) 671-5550

 2021 © Florida Inspection Associates. All rights reserved.






NATIONWIDE INSPECTORS & APPRAISERS SINCE 1987
FLORIDA INSPECTION ASSOCIATES, INC. P.O. Box 1308 - Largo, FL 33779 - (727)588-0331 - Fax(727)588-0580
www.fiainspectors.com

## Vehicle Equipment Summary

**Power ACC:** Power Steering-Power Windows-Power Locks-Power Mirrors--Cruise Control-Tilt Steering Wheel--Rear Defroster---

**Radio/Alarms:** ----AM/FM CD--Premium Sound Sys---------Keyless Entry---Tachometer-Center Console------

**Roof:** -----

**Sunroof:** Power Sld Sunroof------

**Seats:** -Dual Pwr Seats--Heated F&R Seats--Bucket-Cloth Velour--------

**Wheels/Tires:** --------------------

**Paint/Trim/Glass:** -Special Paint-Metallic Paint--Tinted Glass----Rear Spoiler-

**Bumpers:** ---

**Truck/Van/CVRS:** --------

**Other:** -------------------------

## Vehicle Condition

| **Interior Condition** | | **Exterior Condition** | | **Fluids Condition** | |
|---|---|---|---|---|---|
| Interiror Cond: | Good | Exterior Cond: | Good | Oil Level: | Brake Level: |
| Carpets Cond: | Good | Body Cond: | Good | Oil Cond: | Brake Cond: |
| Dash/Trim Cond: | Good | Paint Cond: | Good | Trans Level: | Pwr Str Level: |
| Glass Cond: | Good | Does Paint Match? | ☐ | Trans Cond: | Pwr Str Cond: |
| Headliner Cond: | Good | Trim Cond: | Good | Coolant Level: | |
| Seats Cond: | Good | Top Cond: | Good | Coolant Cond: | |

Been sitting outside in the elements for approx. 9 months. Date of Loss: 05/2020.

Not available at time of physical inspection, vehicle smashed in from impact.

**Mechanical Condition**

Fuel Type: Gas
Engine Size: 5.0
Engine Size UOM: Liters
Pistons: V8
Cam:
Valve:
ValveCond:
☐ Original ☐ Operational ☐ Leaks
Rebuilt/Miles Cond:

Suspension Type:
Wheel Drive: AWD
Trans Type: Automatic
Trans Original/Miles:
Trans Original Cond:
☐ Original ☐ Operational ☐ Leaks
Rebuilt Trans/Miles:
Rebuilt Trans Cond:

**Tires Condition** Tire Cond: Good

| | | | | | | |
|---|---|---|---|---|---|---|
| Alignment Wear R/F: | Even Wear | Tire Wear L/F: | | /32 | Tire Size L/F: | |
| Alignment Wear R/R: | Even Wear | Tire Wear R/F: | 4 | /32 | Tire Size R/F: | 255-35-20 |
| Alignment Wear L/F: | | Tire Wear L/R | 6 | /32 | Tire Size L/R: | 295-30-20 |
| Alignment Wear L/R: | Even Wear | Tire Wear R/R: | 5 | /32 | Tire Size R/R: | 295-30-20 |
| Rim Type: | Alloy | ☐ Tires Mismatched | | | Tire Manufacturer: | Michelin |

2021 © Florida Inspection Associates. All rights reserved.

FIA NATIONWIDE INSPECTORS & APPRAISERS SINCE 1987
FLORIDA INSPECTION ASSOCIATES, INC. P.O. Box 1308 - Largo, FL 33779 - (727)588-0331 - Fax(727)588-0580
www.fiainspectors.com

## Appraisal Summary

**Book Values**

| | |
|---|---|
| **Book Listing: Kelley Blue Book, Description: Fair Purchase Price** | **$49,898.00** |
| **Book Listing: NADA, Description: Clean Retail** | **$49,275.00** |
| **Book Listing: Edmunds, Description: Avergae Dealer Retail** | **$48,147.00** |
| **Avg Book Value Amt:** | **$49,106.67** |

**Comparables**

| | |
|---|---|
| **Miami, FL, Condition: Good, Mileage: 41809** | **$54,950.00** |
| **Daytona Beach, FL, Condition: Good, Mileage: 34686** | **$49,990.00** |
| **Sarasota, FL, Condition: Good, Mileage: 28668** | **$51,980.00** |
| **Avg Mileage: 35,054 Avg Sales Price:** | **$52,306.67** |

## Adjustments

| | | | |
|---|---|---|---|
| Avg Sales Price | $52,306.67 | Comp Avg Mileage | 35,054 |
| Mileage Adj Value | $76.63 | Appraised Mileage | 32,500 |
| Adj Sales Price | $52,383.30 | Mileage Adjustment | -2,554 |
| Avg Bk Value | $49,106.67 | Mileage Adj Chg | ($0.03) |
| Adj Avg Total | $50,744.98 | Mileage Adj Value | $76.63 |
| Other Adj Amt | ($700) | Other Adj Amt Desc | Convertible vs Coupe |
| Other Adj Amt | ($1,250) | Other Adj Amt Desc | Take Price |
| Other Adj Amt | $0 | Other Adj Amt Desc | |
| Other Adj Amt | $0 | Other Adj Amt Desc | |
| Other Adj Amt | $0 | Other Adj Amt Desc | |
| Actual Cash Value | $48,794.98 | | |

### Appraisal Remarks

Previously titled in California; a leased vehicle. Second owner purchased in October of 2019 with approx. 30K miles.

 2021 © Florida Inspection Associates. All rights reserved.

FIA NATIONWIDE INSPECTORS & APPRAISERS SINCE 1987
FLORIDA INSPECTION ASSOCIATES, INC. P.O. Box 1308 - Largo, FL 33779 - (727)588-0331 - Fax(727)588-0580
www.fiainspectors.com

# Methodology

**A physical inspection is necessary to determine the actual vehicle condition, damage, etc. and must be documented and taken into consideration for an appraisal.**

Actual Cash Value [ACV] and or Fair Mark Value [FMV] is arrived at by averaging the sales price of relevant comparable vehicles advertised making adjustments accordingly for mileage, condition and or equipment variables affecting the value. A cross section of media may be used. In cases where a vehicle is a limited production unit or a special release, and/or local comparables are not readily available, the market horizon may expand with similar options and mileage were taken from these sources and averaged together to determine the ACV or FMV. In the case of a reconstruction appraisal or total loss evaluation, ACV or FMV will be adjusted to reflect the value of the vehicle just prior to the time of loss. Trade publications such as N.A.D.A., Cars of Particular Interest, Collector Car Price Guide, Hemming Motor News, Kelly Glue Book, Edmonds and others are also a source for averaging and computing the values arrived at in this appraisal. The appraised stated value can also be determined by quotes and opinions of industry professionals and/or this appraiser.

**Excellent**
This vehicle appears new and is in excellent mechanical condition. It has never had any paint touch-ups and/or bodywork and does not need reconditioning. The engine compartment is clean and free of leaks. Under carriage is free of rust. The body and interior are free of wear or visible defects. Wheels are flawless and all tires match and are like new. It has a clean title history and complete and verifiable service records.

**Very Good**
This vehicle may have very minor cosmetic detects and is in excellent mechanical condition. It requires minimal reconditioning. The engine compartment is clean and free of leaks. The body and interior have minimal signs of wear or visible defects and is free of rust. Wheels are flawless - all tires match and have 75% or more of tread remaining. Has a clean title history and most service records are available.

**Good**
Has some repairable cosmetic defects but is free of major mechanical problems. May need some servicing. The paint and bodywork may require minor touch-ups. The engine compartment may have minor leaks. The body may have minor scratches, dings and rust. The interior has minor blemishes characteristic of normal wear. Wheels may have minor reparable scratches or scrapes. All tires match and have at least 50% of tread remaining. Though it may need some reconditioning. It has a clean title history. Some service records are available.

**Fair**
Has Cosmetic defects that require repairing and/or replacing. The paint and bodywork may require refinishing and body repair. Requires some mechanical repairs. The engine compartment has leaks and may require repairs. May have some repairable rust damage. The body has dents, chips, and/or scratches. The interior has substantial wear, and may have small tears. Wheels may be warped or bent, have major scratches, scrapes, or pitting and require replacement. The tires may not match and need replacing. Needs servicing, but is still in running condition and/or has had a bad title history.

**Poor**
Has many cosmetic defects that may or may not be repairable or this vehicle would and/or could require substantive mechanical repairs to continue operation and be safe to drive on the road. In many cases, this vehicle may be considered as scrap value only.

We at FIA are proud of the fact we off unbiased and impartial services in all of the work we do. We do not buy, sell, trade, or repair vehicles. Inspections and appraisals are all we do. We have set fees for our services and regardless of whom the customer is what the condition or value of the vehicle is and those fees do not change. We have no vested interest in the outcome of the inspections or appraisals we do; therefore our customers can have peace of mind when they entrust their inspections and appraisals to us.

Florida Inspection Associates (FIA) assumes no responsibility for any settlement between any parties concerning this appraisal.

Fees for this appraisal do not include any additional reports, research, testimony, mediation or services. Additional services will be billed at an hourly rate and must be requested.

Thank you for this assignment. As always, Florida Inspection Associates stand ready to assist you in the future.

 2021 © Florida Inspection Associates. All rights reserved.

FIA NATIONWIDE INSPECTORS & APPRAISERS SINCE 1987

FLORIDA INSPECTION ASSOCIATES, INC. P.O. Box 1308 - Largo, FL 33779 - (727)588-0331 - Fax(727)588-0580

www.fiainspectors.com

## CERTIFICATION OF APPRAISAL

I certify to the best of my knowledge and belief that:

The statements contained in the above appraisal are true and correct.

The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and is my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

I have no present or prospective interest in the vehicle or automotive related property that is the subject of this report and have no personal interest with respect to the parties involved.

I have no bias with respect to the vehicle or automotive related property that is the subject of the appraisal report or the parties involved with this assignment.

My engagement in this assignment was not contingent upon developing or reporting predetermined results.

My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of subsequent events directly related to the intended use of the appraisal.

My analyses, opinions, and conclusions were developed and have been prepared in conformity with the Uniform Standards of Automotive Appraisal Procedure (USAAP) and the International Auto Appraisers Association (IAAA).

Sincerely,

William Schultz

**William Schultz**
**Florida Inspection Associates, Inc.**
**Certified Master Appraiser-IAAA 1008010096**
**Certified Auto Mediator/Umpire**
**NADA Advisory Board**
**Annually Participates in Continuing Education for International Automobile Appraiser's Association.**

 2021 © Florida Inspection Associates. All rights reserved.

FIA *NATIONWIDE* ***INSPECTORS & APPRAISERS*** ***SINCE 1987***

FLORIDA INSPECTION ASSOCIATES, INC. P.O. Box 1308 - Largo, FL 33779 - (727)588-0331 - Fax(727)588-0580

**www.fiainspectors.com**

 2021 © Florida Inspection Associates. All rights reserved.








FIA NATIONWIDE INSPECTORS & APPRAISERS SINCE 1987

FLORIDA INSPECTION ASSOCIATES, INC. P.O. Box 1308 - Largo, FL 33779 - (727)588-0331 - Fax(727)588-0580

www.fiainspectors.com

 2021 © Florida Inspection Associates. All rights reserved.








FIA NATIONWIDE

INSPECTORS & APPRAISERS SINCE 1987

FLORIDA INSPECTION ASSOCIATES, INC. P.O. Box 1308 - Largo, FL 33779 - (727)588-0331 - Fax(727)588-0580

www.fiainspectors.com

EXTECH
INSTRUMENTS
NFe
Coating Thickness Tester CG104
MENU
ESC DEL
ZERO CLEAR
02/22/2021

EXTECH
INSTRUMENTS
AL
mils
NFe
5.4
Coating Thickness Tester CG104
MENU
ESC DEL
ZERO CLEAR
02/22/2021

EXTECH
INSTRUMENTS
AL
mils
NFe
6.4
Coating Thickness Tester CG104
MENU
ESC DEL
ZERO CLEAR
02/21/2021

EXTECH
INSTRUMENTS
AL
mils
NFe
6.6
Coating Thickness Tester CG104
MENU
ESC DEL
ZERO CLEAR
02/21/2021

02/21/2021

02/21/2021

Tuesday, March 02, 2021 Page 8 of 19 2021 © Florida Inspection Associates. All rights reserved.








FIA NATIONWIDE INSPECTORS & APPRAISERS SINCE 1987

FLORIDA INSPECTION ASSOCIATES, INC. P.O. Box 1308 - Largo, FL 33779 - (727)588-0331 - Fax(727)588-0580

www.fiainspectors.com

 2021 © Florida Inspection Associates. All rights reserved.








FIA NATIONWIDE INSPECTORS & APPRAISERS SINCE 1987

FLORIDA INSPECTION ASSOCIATES, INC. P.O. Box 1308 - Largo, FL 33779 - (727)588-0331 - Fax(727)588-0580

www.fiainspectors.com

 2021 © Florida Inspection Associates. All rights reserved.








*NATIONWIDE* ***INSPECTORS & APPRAISERS*** *SINCE 1987*

FLORIDA INSPECTION ASSOCIATES, INC. P.O. Box 1308 - Largo, FL 33779 - (727)588-0331 - Fax(727)588-0580

**www.fiainspectors.com**

 2021 © Florida Inspection Associates. All rights reserved.










*NATIONWIDE*

***INSPECTORS & APPRAISERS*** ***SINCE 1987***

FLORIDA INSPECTION ASSOCIATES, INC. P.O. Box 1308 - Largo, FL 33779 - (727)588-0331 - Fax(727)588-0580

**www.fiainspectors.com**

02/22/2021

02/22/2021

02/22/2021

CAT
SUNBELT RENTALS
02/22/2021

02/22/2021

02/22/2021

Tuesday, March 02, 2021 Page 12 of 19 2021 © Florida Inspection Associates. All rights reserved.








*NATIONWIDE* *INSPECTORS & APPRAISERS* *SINCE 1987*

FLORIDA INSPECTION ASSOCIATES, INC. P.O. Box 1308 - Largo, FL 33779 - (727)588-0331 - Fax(727)588-0580

**www.fiainspectors.com**

 2021 © Florida Inspection Associates. All rights reserved.





NATIONWIDE INSPECTORS & APPRAISERS SINCE 1987

FLORIDA INSPECTION ASSOCIATES, INC. P.O. Box 1308 - Largo, FL 33779 - (727)588-0331 - Fax(727)588-0580

www.fiainspectors.com

NADA Used Cars/Trucks

2/22/2021

NADA Used Cars/Trucks

## Vehicle Information

| | |
|---|---|
| Vehicle: | 2016 Jaguar F-Type Coupe 2D R AWD 5.0L V8 Supercharged Auto |
| Reference #: | 16119 |
| Region: | Southeastern |
| Period: | May 7, 2020 |
| VIN: | SAJWJ6DL2GMK32523 |
| Mileage: | 32,500 |
| Base MSRP: | $103,600 |
| Typically Equipped MSRP: | $106,695 |
| Weight: | 3,814 |

## NADA Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Monthly** | | | | |
| **Trade-In** | | | | |
| Rough | $38,475 | $3,375 | -$250 | **$41,600** |
| Average | $40,925 | $3,375 | -$250 | **$44,050** |
| Clean | $42,975 | $3,375 | -$250 | **$46,100** |
| Clean Loan | $38,700 | $3,375 | -$250 | **$41,825** |
| Clean Retail | $46,200 | $3,375 | -$300 | **$49,275** |
| **Weekly** | | | | |
| **Auction** | | | | |
| Low | $38,175 | $3,934 | N/A | **$42,109** |
| Average | $41,000 | $3,934 | N/A | **$44,934** |
| High | $43,850 | $3,934 | N/A | **$47,784** |

*The auction values displayed include typical equipment and adjustments for mileage and any of the following applicable accessories: engine size, drivetrain, and trim.

## Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|
| W/out Back Up Camera [VIN Precision+] | -$125 | -$150 |
| W/out Blind Spot Monitor [VIN Precision+] | -$125 | -$150 |

NADA Used Car Guide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report.
NADA Used Car Guide and its logo are registered trademarks of National Automobile Dealers Association, used under license by J.D. Power.
©2021 J.D.Power

 2021 © Florida Inspection Associates. All rights reserved.



16119

 2021 © Florida Inspection Associates. All rights reserved.



FIA NATIONWIDE INSPECTORS & APPRAISERS SINCE 1987
FLORIDA INSPECTION ASSOCIATES, INC. P.O. Box 1308 - Largo, FL 33779 - (727)588-0331 - Fax(727)588-0580
www.fiainspectors.com

Florida Department of Highway Safety and Motor Vehicles
Home | Español | Driver License | Vehicle Tags & Titles | Florida Highway Patrol | Contact Us | Forms | Office Locations
A SAFER FLORIDA
HIGHWAY SAFETY AND MOTOR VEHICLES
TERRY L. RHODES
EXECUTIVE DIRECTOR
OFFICIAL WEBSITE
SERVICE * INTEGRITY * COURTESY * PROFESSIONALISM * INNOVATION * EXCELLENCE

## Vehicle Information Check

| Vehicle Information: | | | |
|---|---|---|---|
| **Vehicle Identification Number:** | SAJWJ6DL2GMK32523 | **Year/Make:** | 2016 JAGUAR |
| **Previous Title State:** | FLORIDA | **Registration Expiration Date:** | |
| **Title:** | 136799882 | **Title Issue Date:** | 7/15/2020 |
| **Title Status:** | CERT OF DESTRUCTION | **Title Print Date:** | |
| **Odometer Reading/Status:** | 32,500 NO ACTUAL MILEAGE | **Odometer Date:** | 7/14/2020 |
| **Color:** | ALUMINUM / SILVER | **Vehicle Type:** | AUTO |
| **Net Weight:** | 3,455 | **Owner Information:** | 1 owner |
| Paper Title | | **Salvage:** | |
| **Brands:** | | | |

| Lien Information |
|---|
| There is no lien on this vehicle. |

**If any of the information on this record needs to be corrected**, please contact your tax collector and complete appropriate paperwork to update the record.
**If you have lost or misplaced your title** and need to apply for a duplicate, click here for the form and instructions.

 2021 © Florida Inspection Associates. All rights reserved.



NATIONWIDE INSPECTORS & APPRAISERS SINCE 1987

FLORIDA INSPECTION ASSOCIATES, INC. P.O. Box 1308 - Largo, FL 33779 - (727)588-0331 - Fax(727)588-0580

www.fiainspectors.com

 2021 © Florida Inspection Associates. All rights reserved.

FIA NATIONWIDE INSPECTORS & APPRAISERS SINCE 1987

FLORIDA INSPECTION ASSOCIATES, INC. P.O. Box 1308 - Largo, FL 33779 - (727)588-0331 - Fax(727)588-0580

www.fiainspectors.com

 2021 © Florida Inspection Associates. All rights reserved.

FIA NATIONWIDE INSPECTORS & APPRAISERS *SINCE 1987*

FLORIDA INSPECTION ASSOCIATES, INC. P.O. Box 1308 - Largo, FL 33779 - (727)588-0331 - Fax(727)588-0580

www.fiainspectors.com

 2021 © Florida Inspection Associates. All rights reserved.