# EXHIBIT A

1

```
 1              IN THE UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
 2                      TAMPA DIVISION

 3


 4   MICHAEL NIEMIS,               )
                                   )
 5            Plaintiff,           )
                                   )
 6                                 ) Case No.
          vs.                      ) 8:20-CV-02956-WFJ-JSS
 7                                 )
                                   )
 8   CCC INFORMATION SERVICES, INC., )
                                   )
 9            Defendant.           )

10

11
    _____
12
       TELEPHONIC MOTION HEARING/PRELIMINARY PRETRIAL CONFERENCE
13             BEFORE THE HONORABLE WILLIAM F. JUNG
                    UNITED STATES DISTRICT JUDGE
14
                          MARCH 2, 2021
15                          9:31 A.M.
                          TAMPA, FLORIDA
16  _____

17

18

19

20

21       Proceedings recorded by mechanical stenography,
    transcript produced using computer-aided transcription.
22  _____

23              DAVID J. COLLIER, RMR, CRR
                FEDERAL OFFICIAL COURT REPORTER
24           801 NORTH FLORIDA AVENUE, 7TH FLOOR
                    TAMPA, FLORIDA  33602
25
```

```
 1   APPEARANCES:

 2


 3   FOR THE PLAINTIFF:

 4           *Edwin Lee Lowther*
             *Joseph Henry Hank Bates, III*
 5           Carney, Bates & Pulliam, PLLC
             519 West 7th Street
 6           Little Rock, Arkansas  72201
             (501) 312-8500
 7


 8           *Caitlyn Prichard Miller*
             Aylstock, Witkin, Kreis & Overholtz, PLLC
 9           17 East Main Street, Suite 200
             Pensacola, Florida  32502-5998
10           (850) 202-1010

11


12           *Brandon Faulkner*
             Holland & Knight
13           100 North Tampa Street, Suite 4100
             Tampa, Florida  33602
14           (813) 227-8500

15

16


17   FOR THE DEFENDANT:

18           *George C. Chipev*
             *Marguerite M. Sullivan*
19           Latham & Watkins, LLP
             555 Eleventh Street N.W., Suite 1000
20           Washington, D.C.  20004-1304
             (202) 637-2200
21


22           *Parag Dharmavarapu*
             Latham & Watkins
23           330 North Wabash Avenue, Suite 2800
             Chicago, Illinois  60611
24

25
```

1  better condition than the loss vehicle.  That is the one
2  discreet act that we are challenging here, and we intend to
3  prove that that is not a proper way to arrive at actual cash
4  value.
5      The other thing I want to say is that that practice
6  is at the heart of this case and that it's going to require
7  some commiserate proof and that it's going to be common to the
8  class.  I don't see the need here to test the plaintiff's
9  claims before we test the claims that -- the claims of the
10 class, I think those should proceed at the same time, and so
11 I would like to move forward with a schedule that allows us to
12 move for class cert instead of challenge the plaintiff's
13 individual claims first.
14      THE COURT:  All right.  Let me continue being the
15 Devil's advocate here.  Suppose Garrison's appraisal guy
16 says -- or lady says, you know what, Lowther is right, he's
17 owed this extra money, the extra $2,800.50 or whatever it is,
18 and they tender that.  What's your damages?
19      MR. LOWTHER:  Well, Corporal Niemis would have to
20 accept that, you know, in order to moot his claim.
21      THE COURT:  Okay.  So we have some third-party
22 bad faith claim then?  You know, they've agreed to pay you what
23 you wanted.  I saw where that happened in a previous case, it's
24 just -- so what are the damages?
25      Let's say he says, no, I'm damaged further, I have

```
1                    C E R T I F I C A T E

2

3        This is to certify that the foregoing transcript of

4   proceedings taken in a telephonic motion hearing in the United

5   States District Court is a true and accurate transcript of the

6   proceedings taken by me in machine shorthand and transcribed by

7   computer under my supervision, this the 12th day of March,

8   2021.

9

10

11                              /S/ DAVID J. COLLIER

12

13                              DAVID J. COLLIER

14                              OFFICIAL COURT REPORTER
```